# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**NOEL SANCHEZ,**
      **Plaintiff,**

v.                                                **Case No: 6:19-cv-1349-Orl-18LRH**

**COMMISSIONER OF SOCIAL SECURITY,**
      **Defendant.**

## ORDER

THIS CAUSE concerns Plaintiff Noel Sanchez's appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying his claim for a period of disability and disability insurance benefits. On June 2, 2020, the United States Magistrate Judge issued a report and recommendation (the "Report and Recommendation") recommending that the Commissioner's decision be reversed (Doc. 28). After review of the Report and Recommendation (Doc. 28) and noting that no timely objections have been filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Leslie R. Hoffman's Report and Recommendation (Doc. 28) is **APPROVED** and **ADOPTED** and made part of this Order for all purposes, including appellate review.

2. The Commissioner's decision is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

3. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Claimant Noel Sanchez and against Defendant Commissioner of Social Security and subsequently **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida, this 24 day of June, 2020.

                                                                 **G. KENDALL SHARP**
                                                                 SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record